```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jimmy Smith

    v.                                      Case No. 21-cv-133-PJB-AKJ

Roger Williams Law School, et al

## ORDER

After due consideration of the objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 16, 2022, dismiss claims 1(c), 1(d), 1(e), 1(f), 1(g), 2(c), 2(d), and 4, and dismiss the individual defendants named in the complaint addendum.

                                                             /s/Paul Barbadoro_____
                                                             Paul J. Barbadoro
                                                            United States District Judge

Date: April 15, 2022

cc: Jimmy Smith, pro se
    Counsel of Record