```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Jimmy Smith

    v.                                                                            Case No. 21-cv-133-PJB-AKJ

Roger Williams Law School, et. al.

## ORDER

    After due consideration of the objection filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 19, 2022, and deny plaintiff's motion for default (doc. no. 53).

                                                          /s/Paul Barbadoro_____
                                                          Paul J. Barbadoro
                                                          United States District Judge

Date: October 28, 2022

cc:  Jimmy Smith, pro se
     Counsel of Record