# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF RHODE ISLAND

JIMMY SMITH,

    Plaintiff,

    v.                                                1:21-cv-00133-PJB-AKJ

ROGER WILLIAMS LAW SCHOOL,

    Defendant.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Orders entered on February 16, 2023, and May 8, 2023, and in accordance with Fed. R. Civ. P. 58, judgment is entered dismissing the Complaint.

    It is so ordered.


May 9, 2023                                               By the Court:

                                                          /s/ Hanorah Tyer-Witek
                                                           Clerk of Court